**Order entered January 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00924-CR

### ROGELIO ROGER SOTO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 283rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F10-35886-T

## ORDER

The Court **REINSTATES** the appeals.

On January 18, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. Appellant's brief, however, was filed on December 14, 2012, but inadvertently was not added to the Court's case management system. Accordingly, we **VACATE** the January 18, 2013 order requiring findings.

The State's brief is due within thirty days of the date of this order.

/s/      CAROLYN WRIGHT
           CHIEF JUSTICE